# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

*In the Matter of the Search of*

**MSN/Hotmail**
**1065 La Avenida, SVC4/1120**
**Mountain View, California**

U.S. MAGISTRATE JUDGE
CATHY ANN BENCIVENGO

ORDERED SEALED
Unsealed as of 11/15/07

'07 MJ 0945
***SEARCH WARRANT***

***CASE NUMBER:***

*TO: Any Special Agent of U.S. Immigration and Customs Enforcement and any Authorized Officer of the United States*

*Affidavit(s) having been made before me by Michael B. Cochran*
*who has reason to believe that ☐ on the person or ☒ on the premises known as*

**MSN/Hotmail**
**1065 La Avenida, SVC4/1120**
**Mountain View, California** *(as also described on Attachment A-2)*

*in the Northern District of California, there is now concealed a certain person or property, namely*

***SEE ATTACHMENT B-2***

*which is the evidence concerning a violation of Title 22 United States Code, Section(s) 2778(b)(2) and (c) and 22 CFR 127.1(a)(3) and 18 U.S.C. § 554 .*

*I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.*

***YOU ARE HEREBY COMMANDED*** *to search on or before* 5/10/07
*Date*

*(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 a.m.to 10:00 p.m.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the issuing U.S. Magistrate Judge, as required by law.*

4/30/07 @ 11:50am *at* San Diego, CA
*Date/Time Issued*

**CATHY ANN BENCIVENGO**
***United States Magistrate Judge***
***Name and Title of Judicial Officer***

[signature]
***Signature of Judicial Officer***

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| April 30, 2007 | April 30, 2007 12:56pm | MSN/Hotmail Custodian of Records |

CATHY ANN BENCIVENGO

**INVENTORY MADE IN THE PRESENCE OF:** SA Craig Larrabee ICE

**INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT**

1 compact disc which contained email content, account information + Internet Protocal history

## CERTIFICATION

*I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.*

*Subscribed, sworn to, and returned before me this date.*

*U.S Judge or Magistrate*

**CATHY ANN BENCIVENGO**

**U.S. MAGISTRATE JUDGE**

5/11/07
*Date*