ORIGINAL

FILED

07 NOV 15 PM 4:08

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDL DEPUTY

KAREN P. HEWITT
United States Attorney
WILLIAM P. COLE (SBN 186772)
Assistant U.S. Attorneys
United States Courthouse
880 Front Street, Room 6293
San Diego, California 92101-8800
Telephone: (619) 557-7859

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF:<br><br>MSN/HOTMAIL<br>1065 La Avenida, SVC4/1120<br>Mountain View, California | Case No. 07MJ0945<br><br>MOTION TO UNSEAL AND ORDER THEREON |

The plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Karen P. Hewitt, United States Attorney, and William P. Cole, Assistant United States Attorney, hereby moves this Court to unseal the search warrant application and affidavit in the above-referenced case, sworn before the Court on April 30, 2007, so that the application and affidavit will be available to the defendant in United States v. Qing Li, 07-CR-2915. Defendant

//

//

//

//

//

//

//

Qing Li was a subject of the investigation described in the aforementioned application and affidavit.

DATED: November 15, 2007

KAREN P. HEWITT
United States Attorney

WILLIAM P. COLE
Assistant U.S. Attorney

ORDER

Good cause appearing, IT IS HEREBY ORDERED that the search warrant application and affidavit in Case No. 07MJ0945 be unsealed.

11-15-07
DATED

HONORABLE NITA L. STORMES
United States Magistrate Judge